UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN FALAT, JR., MICHAEL RUSSO and DEBORAH TROUT<br><br>*Plaintiffs,*<br><br>v.<br><br>THE COUNTY OF HUNTERDON; GEORGE MELICK; WILLIAM MENNEN; RONALD SWOREN; MATTHEW HOLT; ERIK PETERSON; ROBERT WALTON; GAETANO DESAPIO; KENNETH ROWE; EDWARD DEFILIPPIS; CYNTHIA YARD; DONNA SIMON; et als.<br><br>*Defendants.* | Civil Action No. 2:12-cv-06804 (FSH/MAH)<br><br>**REQUEST TO ENTER DEFAULT** |

TO:   W. Timothy Howes, Esq.
      Howes & Howes
      26 Anderson Street
      Raritan, NJ 08869-1802
      908-704-0037
      Attorney for Donna Simon
      howeslegal@gmail.com

**ON NOTICE TO:**

Eric L. Harrison, Esq.
Methfessel & Werbel, Esq.
2025 Lincoln Highway
Suite 200
Edison, NJ 08817
732-248-4200
harrison@methwerb.com
Attorney for Rowe/DeFillippis

Nicholas P. Milewski, Esq.
Thomas B. Hanrahan & Associates, LLC
80 Grand Avenue
Suite #2
River Edge, NJ 07661-1914
201-525-1011
jkreoll@tbhlaw.com
Attorneys for Hunterdon County Defendants

Howard Mankoff, Esq.
Marshall, Dennehey, Warner, Coleman
425 Eagle Rock Avenue
Suite 302
Roseland, NJ 07068
973-618-4100
direct dial 973-618-4118
bhmankoff@mdwcg.com
Attorney for Gaetano DeSapio


**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter upon the docket the default of the defendant Donna Simon as provided by

Fed. R. Civ. P. 55 in the above-entitled action for failure to plead or otherwise defend.

Law Offices of William J. Courtney, LLC


By:_____
William J. Courtney
Dated: May 2, 2014                      New Jersey Attorney ID #016161986
LAW OFFICE OF WILLIAM J. COURTNEY
200 Main Street
P.O. Box 112
Flemington, New Jersey 08822
(908) 782-5900 (tel)
(908) 782-7001 (fax)
Attorneys for Plaintiffs, John Falat, Jr.,
Michael Russo and Deborah Trout

## CERTIFICATION

1. I, William J. Courtney, am the attorney for plaintiffs in the above-entitled action.

2. The Summons and a copy of the Complaint in this action were served upon defendant Donna Simon on September 18, 2012, as appears from the Proof of Process Service (copy attached as **Exhibit A**).

3. Pursuant to the April 4, 2014 Amended Scheduling Order of the Honorable Michael A. Hammer, U.S.M.J., Defendant Donna Simon was to have filed her answer or otherwise move on or before April 17, 2014 (**Exhibit B**). Defendant Donna Simon has not responded.

4. The time within which defendant Donna Simon may respond or otherwise move as to the said Complaint has expired, has not been extended or enlarged, and has not answered or otherwise moved.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 2, 2014

Law Offices of William J. Courtney, LLC

By: _____
William J. Courtney
New Jersey Attorney ID #016161986
LAW OFFICE OF WILLIAM J. COURTNEY
200 Main Street
P.O. Box 112
Flemington, New Jersey 08822
(908) 782-5900 (tel)
(908) 782-7001 (fax)
Attorneys for Plaintiffs, John Falat, Jr.,
Michael Russo and Deborah Trout

# EXHIBIT A

# Hunterdon County Sheriff's Office
## PROOF OF PROCESS SERVICE

Service # 2 of 3 Services

Docket # L-3972-12

Sheriff's # **S 25696**

Plaintiff   JOHN FALAT, JR.; MICHAEL RUSSO and DEBORAH TROUT

Defendant  THE COUNTY OF HUNTERDON; THE OFFICE OF THE
           HUNTERDON COUNTY PROSECUTOR; J. PATRICK BARNES,

Person/Corp Served
DONNA SIMON

22 WITHERSPOON STREET
WHITEHOUSE STATION, NJ 08889

Papers to Serve
SUMMONS
COMPLAINT

SUPERIOR
NEW JERSEY
HUDSON

Alternate Address

I, FREDERICK W. BROWN, SHERIFF OF HUNTERDON COUNTY DO HEREBY DEPUTIZE AND APPOINT
CPL. KEITH YASUNAS A DULY SWORN OFFICER TO EXECUTE AND RETURN THE
DOCUMENTS ACCORDING TO LAW.

WITNESS BY HAND AND SEAL

_____
Sheriff

Date of Service 9/18/2012
Time of Service 4:30 PM
Attempts

Served  DONNA SIMON
        22 WITHERSPOON STREET
        WHITEHOUSE STATION, NJ 08889

Delivered To DONNA SIMON

Relationship SELF

Type of Service PERSONAL SERVICE AT HCSO

I, CPL. KEITH YASUNAS WAS ABLE TO SERVE THE WITHIN DOCUMENTS AND/OR A TRUE COPY THEREOF.

_____
Cpl. Keith Yasunas

LAW OFFICES OF WILLIAM J. COURTNEY, L.L.
200 MAIN STREET              PO BOX 1
FLEMINGTON, NJ 08822

Sheriff Fees   $68.00

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN FALAT, JR., et al., | : |
| Plaintiffs, | : Civil Action No. 12-6804 (FSH) |
| v. | : |
| | : AMENEDED SCHEDULING ORDER |
| COUNTY OF HUNTERDON, et al., | : |
| Defendants. | : |

This matter having come before the Court for a telephonic status conference on April 4, 2014;

and for the reasons set forth on the record on that date;

and for good cause shown;

IT IS on this 4th day of April, 2014,

ORDERED THAT:

1. Defendant Simon shall answer or otherwise respond to the Complaint on or before **April 17, 2014.**

2. There shall be an in-person status and settlement conference on **July 15, 2014 at 10:00 a.m.** No later than **July 14, 2014**, each party should submit a confidential memorandum to the Court, not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's "bottom line" position on settlement. "Bottom line" means the minimum the Plaintiff will settle for or the maximum the Defendant will settle for. Trial Counsel and clients with full settlement authority must attend the conference. If the trial counsel **and** client with full settlement authority do not

appear, the settlement conference may be cancelled or rescheduled and the noncompliant party and/or attorney may be sanctioned, which may include an assessment of the costs and expenses incurred by those parties who appeared as directed.

3. Fact discovery shall remain open through **July 11, 2014**.

4. Written discovery shall be completed by **May 12, 2014.**

5. All affirmative expert reports shall be delivered by **August 1, 2014.**

6. All responding expert reports shall be delivered by **September 11, 2014.**

7. All expert reports are to be in the form and content as required by Fed. R. Civ. P. 26(a)(2)(B). No expert shall testify at trial as to any opinions or base those opinions on facts not substantially disclosed in the experts report.

8. All expert depositions shall be completed by **October 13, 2014.**

9. Any motion to exclude or limit expert testimony based on *Daubert* must be filed on or before **November 21, 2014.**

10. Any dispositive motion shall be filed on or before **August 22, 2014.** Any opposition shall be filed on or before **September 2, 2014.** Any reply shall be filed on or before **September 9, 2014.** The motion shall be returnable on **September 15, 2014** before the Honorable Faith S. Hochberg. Her Honor's chambers shall advise the parties in advance is oral argument is required.

11. All other deadlines set forth in the Court's prior scheduling orders shall remain in full force and effect.

                                                */s Michael A. Hammer*
                                                **United States Magistrate Judge**