ELECTRONICALLY FILED

**1-226**
**NICHOLAS P. MILEWSKI, ESQ. - 043992003**
**THOMAS B. HANRAHAN & ASSOCIATES, LLC**
80 Grand Avenue, Suite 2
River Edge, New Jersey 07661
(201) 525-1011
nmilewski@tbhlaw.com
*Attorneys for Defendants the County of Hunterdon,
  George Melick, William Mennen, Ronald Sworen, Matthew Holt,
  Erik Peterson, Robert Walton and Cynthia Yard*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| *Plaintiff*<br>JOHN FALAT, JR.; MICHAEL RUSSO AND DEBORA TROUT<br><br>                vs.<br><br>*Defendants*<br>THE COUNTY OF HUNTERDON; THE OFFICE OF THE HUNTERDON COUNTY PROSECUTOR; J. PATRICK BARNES; GEORGE MELICK; WILLIAM MENNEN; RONALD SWOREN; MATTHEW HOLT; ERIK PETERSON; ROBERT WALTON; GAETANO DESAPIO; KENNETH ROWE; EDWARD DEFILLIPIS; CYNTHIA YARD; BENNET BARLYN; WILLIAM MCGOVERN; DONNA SIMON; et als. | **Civil Action No.**<br><br>**2:12-cv-06804 (FSH/MAH)**<br><br>Hon. Faith S. Hochberg, U.S.D.J.<br><br>**PROOF OF SERVICE** |
|---|---|

STATE OF NEW JERSEY )
                                         SS:
COUNTY OF BERGEN      )

I, JACLYN D'ALESSANDRO, of full age, and being duly sworn to according to law, upon my oath do hereby depose and say:

1. I am a secretary with the law firm of Thomas B. Hanrahan & Associates, LLC.

2. I have caused to be electronically filed Defendants the County of Hunterdon, George Melick, William Mennen, Ronald Sworen, Matthew Holt, Erik Peterson, Robert Walton and Cynthia Yard's Cross-Motion for an Order Enforcing Limited Portions of Subpoenas served upon the New Jersey Department of Law and Public Safety and the Hunterdon County Prosecutor's Office, and Compelling Discovery, together with all supporting documents, with the Clerk of the United States District Court, District of New Jersey on June 2, 2014.

3. I have also caused to be delivered by regular mail a copy of these Defendants' Cross-Motion, together with all supporting documents, to the Chambers of the Honorable Faith S. Hochberg, U.S.D.J. at Room 5037 of the United States Courthouse, District of New Jersey, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102 on June 2, 2014 by regular mail.

4. I have also caused to be served a copy of all moving papers and supporting documents, including Defendants' Brief and Certification of Counsel, upon all following counsel of record on June 2, 2014 by regular mail:

New Jersey Department of Law and Public Safety
**Attn: Deputy Attorney General Jane A. Greenfogel, Esq.**
Hughes Justice Complex
25 Market Street
Trenton, New Jersey 08625

**William. J. Courtney, Esq.**
William J. Courtney, LLC
200 Main Street
PO Box 112
Flemington, New Jersey 08822
*Attorney for Plaintiffs*

**Eric L. Harrison, Esq.**
Methfessel & Werbel
2025 Lincoln Highway, Suite 200
P.O. Box 3012
Edison, New Jersey 08818
*Attorney for Defendants Kenneth Rowe and Edward
 DeFillipis*

**Howard B. Mankoff, Esq.**
Marshall Dennehey Warner Coleman & Goggin
425 Eagle Rock Avenue, Suite 302
Roseland, New Jersey 07068
*Attorney for Defendant Gaetano DeSapio*

**W. Timothy Howes, Esq.**
Howes & Howes
26 Anderson Street
Raritan, New Jersey 08869
*Attorney for Defendant Donna Simon*

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
JACLYN D'ALESSANDRO

Dated:  June 2, 2014